

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BENJAMIN LUKEN,<br><br>                                   Petitioner,<br><br>          vs.<br><br>KEN CLARK, Warden,<br><br>                                   Respondent. | Civil No.   06-1698 W (LSP)<br><br>SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION |

On August 21, 2006, Petitioner, a state prisoner proceeding pro se, paid the $5.00 filing fee and filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On September 5, 2006, this Court dismissed the case without prejudice because Petitioner failed to state a cognizable claim. It appeared that Petitioner was challenging the conditions of his confinement. Thus, Petitioner was advised that if he wished to challenge the conditions of his confinement, he must file a civil rights complaint pursuant to 42 U.S.C. § 1983. On the other hand, if he wished to challenge his state court conviction, he must file a First Amended Petition by November 9, 2006.

On October 10, 2006, Petitioner filed a First Amended Petition, raising claims which challenge his state court conviction. The instant Petition, however, is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his convictions in San Diego Superior Court case Nos. SCE176675 and SCE180561. Thus, this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## PRIOR FEDERAL HABEAS PETITIONS DENIED ON THE MERITS

On November 29, 2000, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 00cv2370 L (LAB). In that petition, Luken challenged his convictions in San Diego Superior Court cases Nos. SCE176675 and SCE180561. On August 14, 2002, this Court denied the petition on the merits. (See Order filed August 14, 2002 in Case No. 00cv2370 at Doc. No. 62.) Luken attempted to appeal that determination. On August 4, 2003, the Ninth Circuit Court of Appeals denied Luken's request for a certificate of appealability. (See Case No. 00cv2370 at Doc. No. 68.)

## INSTANT PETITION BARRED BY GATEKEEPER PROVISION

Luken is now seeking to challenge the same convictions he challenged in his prior federal habeas petition. Unless a petitioner shows he or she has obtained an order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. See 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Luken leave to file a successive petition.

## CONCLUSION

Because there is no indication Luken has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Luken filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. (**The Clerk of Court shall attach, for Petitioner's convenience, a blank Ninth Circuit Application for Leave to File Second or Successive Petition.**)

IT IS SO ORDERED.

DATED: October 16, 2006

HON. THOMAS J. WHELAN
United States District Judge
Southern District of California